# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRITISH LAMONT JAMES

NO. 2020 KW 1278

**FEB 1 8 2021**

---

In Re:    British Lamont James, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 503399.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

a.s~~

---
DEPUTY CLERK OF COURT
FOR THE COURT